| | |
|---|---|
| 1 | **DIANNE C. KERNS, ESQ.**<br>**CHAPTER 13 TRUSTEE** |
| 2 | PMB #413<br>7320 NORTH LA CHOLLA #154 |
| 3 | TUCSON AZ 85741<br>Telephone (520)544-9094 |
| 4 | Fax (520)544-7894 |

## UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| RAFAEL Q. GONZALEZ | ) Case No.: 05-07704-TUC-JMM |
| | ) |
| ALICIA O. GONZALEZ | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtors | ) |

    Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| | | SEE ATTACHED | |
| | | **Total** | **$194.40** |

    The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $194.40 to the Clerk of the Court to be deposited in the registry thereof.

Dated:

                                              **/s/ Dianne C. Kerns, #011557**
                                              Dianne C. Kerns, Esq.
                                              Chapter 13 Trustee

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 206592 | 03/31/2010 | USTELCOM<br>C/O NCO FINANCIAL SYSTEMSS, INC.<br>PO BOX 41567<br>PHILADELPHIA, PA 19101 | $40.28 |
| 205370 | 02/26/2010 | UNIVERSITY PHYSICIANS HEALTHCARE<br>2701 E. ELVIRA RD.<br>TUCSON, AZ 85756 | $17.67 |
| 204210 | 01/29/2010 | UNIVERSITY PHYSICIANS HEALTHCARE<br>2701 E. ELVIRA RD.<br>TUCSON, AZ 85756 | $68.21 |
| 205370 | 02/26/2010 | UNIVERSITY PHYSICIANS HEALTHCARE<br>2701 E. ELVIRA RD.<br>TUCSON, AZ 85756 | $68.24 |
| | | **Total** | **$194.40** |