**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| RAFAEL Q. GONZALEZ | ) Case No.: 05-07704-TUC-JMM |
| | ) |
| ALICIA O. GONZALEZ | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| Debtors | ) |

    Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

**Check No.**     **Date Issued**        **Debtor/Creditor Name and Address**        **Amount**

                    See attached list

    The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $97.55 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 11/02/2010

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 206573 | 03/31/2010 | UNIVERSITY PHYSICIANS HEALTHCARE<br>2701 E. ELVIRA RD<br>TUCSON, AZ 85756 | $3.24 |
| 206573 | 03/31/2010 | UNIVERSITY PHYSICIANS HEALTHCARE<br>2701 E. ELVIRA RD<br>TUCSON, AZ 85756 | $56.39 |
| 206573 | 03/31/2010 | UNIVERSITY PHYSICANS HEALTHCARE<br>2701 E. ELVIRA RD<br>TUCSON, AZ 85756 | $21.25 |
| 206573 | 03/31/2010 | UNIVERSITY PHYSICANS HEALTHCARE<br>2701 E. ELVIRA RD<br>TUCSON, AZ 85756 | $16.67 |
| | | **Total** | **$97.55** |